**STATE of Missouri, Respondent,**

v.

**Michael Leon GAY, Appellant.**

**No. WD 74259.**

Missouri Court of Appeals,
Western District.

Oct. 30, 2012.

S. Kathleen (Kate) Webber, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division IV: JAMES EDWARD WELSH, Chief Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

## Order

PER CURIAM:

Michael Leon Gay appeals his convictions, following a jury trial in the Circuit Court of Clay County, Missouri, of burglary in the first degree, assault in the third degree, and property damage in the second degree. Mr. Gay argues that the evidence does not support his convictions. Finding no error, we affirm in this *per curiam* order and have provided the parties with a memorandum setting forth the reasons for our decision. Rule 30.25(b).